IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>AARGUS SECURITY SYSTEMS, INC., MIGLIN-BEITLER, INC, d/b/a MB REAL ESTATE, MIGLIN-BEITLER MANAGEMENT CORPORATION,<br><br>            Defendants. | 03C 5587<br>Civ. Action No.<br><br>COMPLAINT<br>JUDGE HOLDERMAN<br>JURY TRIAL DEMAND<br><br>MAGISTRATE JUDGE KEYS |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion and national origin and to provide appropriate relief to Tom Zegar ("Zegar"), who was adversely affected by such practices. Plaintiff, Equal Employment Opportunity Commission ("EEOC"), alleges that Defendants Aargus Security Systems, Inc. as well as Miglin-Beitler, Inc., d/b/a MB Real Estate and Miglin-Beitler Management Corporation (collectively referred to hereinafter as MB Real Estate) disciplined Zegar because of his religion, Islam and national origin (Jordanian).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices hereafter alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4. At all times relevant, Defendant Aargus Security Systems, Inc., has continuously been an Illinois corporation doing business in the Northern District of Illinois and has continuously had at least fifteen employees.

5. At all times relevant, Defendants Miglin-Beitler, Inc., d/b/a MB Real Estate and Miglin-Beitler Management Corporation were Illinois corporations doing business in the Northern District of Illinois and continuously had at least fifteen employees.

6. At all times relevant, Defendants Aargus Security Systems, Inc. and MB Real Estate were continuously employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

7. More than 30 days prior to the institution of this lawsuit, Tom Zegar filed a charge of discrimination with the EEOC, alleging violations of Title VII by the Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least September 11, 2001, Defendants have engaged in unlawful employment practices, in violation of Sections 701(j) and 703(a) of Title VII, 42 U.S.C. Sections 2000e(j) and 2(a). Such unlawful employment practices have included disciplining Zegar because of his religion, Islam and national origin (Jordanian).

9. The effect of the practices complained of above has been to deprive Zegar of equal employment opportunities and otherwise adversely affect his status as an employee because of religion and national origin.

10. The unlawful employment practices complained of in paragraph 8 above were

3

intentional.

11. The unlawful employment practices complained of in paragraphs 8 above were done with malice or with reckless indifference to the federally protected rights of Zegar.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates because of religion and national origin.

B. Order Defendants to institute and carry out policies, practices and programs which eradicate the effects of their past and present unlawful practices.

C. Order Defendants to make whole Zegar by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of theirs unlawful employment practices.

D. Order Defendant to make whole Zegar, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including medical expenses, in amounts to be determined at trial.

E. Order Defendant to make whole Zegar by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, inconvenience, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay Zegar punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest; and

H. Award the Commission its costs in this action.

4

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Noelle C. Brennan
Supervisory Trial Attorney

Pamela S. Moore-Gibbs
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 886-9120

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**JUDGE HOLDERMAN**

## Civil Cover Sheet

**MAGISTRATE JUDGE KEYS**

**03C 5587**

DOCKETED AUG 13 2003

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

**Plaintiff(s):** U.S. Equal Employment Opportunity Commission

**Defendant(s):** Aargus Security Systems, Inc., Miglin-Beitler, Inc., d/b/a MB Real Estate, Miglin-Beitler Management Corporation

**County of Residence:**

**County of Residence:** Cook

**Plaintiff's Atty:** Pamela Moore-Gibbs
U.S. Equal Employment
Opportunity Commission
500 W. Madison St., Suite 2800
Chicago, Illinois 60661
(312) 886-9120

**Defendant's Atty:**

II. Basis of Jurisdiction: **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal
Parties (Diversity Cases Only)
 Plaintiff:- N/A
 Defendant:- N/A

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **442 Employment**

VI. Cause of Action: Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

VII. Requested in Complaint
 Class Action:
 Dollar Demand:
 Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _Pamela Moore-Gibbs_

**Date:** 8/12/03

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Equal Employment Opportunity Commission
v.
Aargus Security Systems, Inc., Miglin- Beitler, Inc., d/b/a
MB Real Estate, Miglin-Beitler Management Corporation

**JUDGE HOLDERMAN**

Case Number: **MAGISTRATE JUDGE KEYS**

**03C 5587**

DOCKETED AUG 1 3 2003

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION



| (A) | (B) |
|---|---|
| SIGNATURE *Pamela S. Moore-Gibbs* | SIGNATURE *Noelle Brennan* |
| NAME Pamela S. Moore-Gibbs | NAME Noelle C. Brennan |
| FIRM Equal Employment Opportunity Commission | FIRM Equal Employment Opportunity Commission |
| STREET ADDRESS 500 West Madison Street | STREET ADDRESS 500 West Madison Street |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP Chicago, IL 60661 |
| TELEPHONE NUMBER 312-886-9120 / FAX NUMBER 312-353-8555 | TELEPHONE NUMBER 312-353-7582 / FAX NUMBER 312-353-8555 |
| E-MAIL ADDRESS pamela.moore-gibbs@eeoc.gov | E-MAIL ADDRESS noelle.brennan@eeoc.gov |
| IDENTIFICATION NUMBER ARDC No. 06197710 | IDENTIFICATION NUMBER ARDC No. 06228901 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE *John C. Hendrickson* | SIGNATURE |
| NAME John C. Hendrickson | NAME |
| FIRM Equal Employment Opportunity Commission | FIRM |
| STREET ADDRESS 500 West Madison Street | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-353-8551 / FAX NUMBER 312-353-8555 | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS john.hendrickson@eeoc.gov | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER ARDC No. 01187589 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |